Probation Form No. 35　　　　　　　　　　　Report and Order Terminating Probation /
(1/92)　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

UNITED STATES OF AMERICA　　　　　　　　　　Crmin. No. 053L 2:00CR202-001S

　　　　　v.

Sheldon Branch

　　　On July 21, 2005, the above named was placed on Supervised Release for a period of 3 years. Sheldon Branch has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from Supervised Release.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Michael E. Fulham
　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer

### ORDER OF THE COURT

　　　Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

　　　Date this __9__ day of __April__, 200_7_.

　　　　　　　　　　　　　　　　　　　Mary Ann Vial Lemmon
　　　　　　　　　　　　　　　　　　　U.S. District Judge

Distribution:
　Original - Clerk's Office
　2 Certified Copies - United States Probation Office
　1 Certified Copy  - United States Attorney's Office
　1 Certified Copy  - Defense Attorney
　1 Certified Copy  - Defendant

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____