| | UNITED STATES DISTRICT COURT | 500 POYDRAS STREET, ROOM B-505 |
|---|---|---|
| JILL N. BENOIT<br>CHIEF PROBATION OFFICER | EASTERN DISTRICT OF LOUISIANA<br>PROBATION OFFICE | NEW ORLEANS, LOUISIANA 70130<br>(504)589-3200<br>Fax 504/589-3286 |

RECEIVED
MAR 28 2007
U.S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

March 28, 2007

Honorable Mary Ann Vial Lemmon
United States District Judge
500 Poydras Street, Room C-406
New Orleans, Louisiana 70130

RE: BRANCH, Sheldon
Dkt. No: 053L 2:00CR00202-001S
EARLY TERMINATION REQUEST

Dear Judge Lemmon:

On November 15, 2000, Sheldon Branch appeared before Your Honor and pled guilty to violations of the Federal Controlled Substance Act. On June 13, 2001, Branch was sentenced to serve 57 months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. Branch was ordered to pay a $100.00 special assessment and to participate in the orientation and life skills program. Branch's term of supervised release commenced on February 22, 2005, in the Eastern District of Louisiana.

Branch evacuated to the Northern District of Texas due to Hurricane Katrina. Branch has remained in that district and is supervised by U.S. Probation Officer Reynaldo P. Gutierrez. Branch was supervised by the undersigned officer prior to evacuating to the Northern District of Texas. While in the Eastern District of Louisiana, Branch performed well on supervised release. Likewise, Officer Gutierrez indicated that Branch has performed extremely well while on supervision in that district. Additionally, Officer Gutierrez indicates that Branch has been in full compliance with the conditions of his supervision.

This letter is to respectfully request that the Court allow Branch's supervision to be terminated early, prior to the February 21, 2008, expiration date. Should Your Honor agree with this officer's assessment, please sign the attached Probation Form 35, Order Terminating Probation Prior to Original Termination Date.

Should Your Honor need anything further, please do not hesitate to contact the undersigned officer at (504) 589-3239.

Sincerely,

Michael E. Fulham
Senior U. S. Probation Officer

MEF/rwj

Attachments

REVIEWED BY: Matthew G. Arseneaux
Supervising U. S. Probation Officer